IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                           CASE NOs.   1:09-cv-00037-MP/AK
                                                            1:09-cv-00038-MP/AK

REAL PROPERTY LOCATED AT                 1:09-cv-00039-MP/AK
19 NOLAN CIRCLE UNIT 33                      1:09-cv-00040-MP/AK
MANCHESTER CONNECTICUT, et al.       1:09-cv-00042-MP/AK

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Motion to Dismiss by United States of America. The Motion to Dismiss concerns several related civil forfeiture cases, listed above. The government recites that the properties with which the above-listed cases are concerned are subject to forfeiture, and that forfeiture is being pursued in the related criminal case, 1:09-cr-37. Accordingly, it requests the civil forfeiture actions listed above be dismissed. There are no objections or opposition to these motions to dismiss. Accordingly, it is

    **ORDERED AND ADJUDGED:**

    1.     Each of the above-listed cases are DISMISSED WITHOUT PREJUDICE, each party bearing its own costs and fees.

    2.     The previously filed Lis Pendens in the public records of the Town of Manchester, Connecticut, recorded in book 3642 p. 53, is hereby released and discharged.

    3.     The previously filed Lis Pendens in the public records of Broward County, Florida, recorded in book 46027 page 230, is hereby released and discharged.

    4.     The previously filed Lis Pendens in the public records of Alachua County, Florida, recorded in book 3861 page 755, is hereby released and discharged.

5. The previously filed Lis Pendens in the public records of Alachua County, Florida, recorded in book 3860 page 1998, is hereby released and discharged.

6. The previously filed Lis Pendens in the public records of Alachua County, Florida, recorded in book 3860 page 2001, is hereby released and discharged.

7. The Clerk is directed to file a copy of this order on the docket of each of the cases listed above.

**DONE AND ORDERED** this ___10th___ day of December, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge